LOUIS RUSSO, Respondent, v. JESSE FROEHLICH, Appellant.— Order affirmed,

with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.